UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,
Plaintiff,

-v-

CLIFFORD ARGINTAR,
Defendant.

26-CV-9275 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The complaint in this action was filed under a pseudonym on October 22, 2026. (ECF No. 1.) However, the Federal Rules of Civil Procedure provide that "[t]he title of the complaint must name all the parties." Fed. R. Civ. P. 10(a). If Plaintiff wishes to proceed pseudonymously, this Court must first grant her leave to do so. *See Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185, 189 (2d Cir. 2008). Plaintiff shall therefore either file a motion requesting such leave or file an amended complaint using her real name. If she fails to do so on or before November 6, 2026, the Court will dismiss the complaint.

SO ORDERED.

Dated: October 23, 2026
New York, New York

J. PAUL OETKEN
United States District Judge